1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anita C. Kanu, | ) |
| Plaintiff, | ) No. CIV 07-00773-PHX RCB |
| vs. | ) O R D E R |
| Financial Enterprises; and Fremont Investment and Loans | ) |
| Defendants. | ) |

By order dated April 26, 2007, plaintiff was granted twenty days from the date of that order by which to file an amended complaint.  See Doc. 6 at 4.  That order further provided that if plaintiff did not "timely file and serve [that] amended complaint, the court w[ould] dismiss this action with prejudice."  Id.

On May 15, 2007, plaintiff did file an amended complaint (doc. 11).  There is no indication that plaintiff ever served that amended complaint on defendants, however, and the time to do so has long since passed.  Accordingly the court *sua sponte,* and in accordance with its prior order, enters the following orders.

IT IS ORDERED that plaintiff's amended complaint is DISMISSED

1  with prejudice.
2       IT IS FURTHER ORDERED that the Clerk of the Court enter
3  judgment in favor of defendants and terminate this case.
4       DATED this 7th day of May, 2008.

```
                    _____
                    Robert C. Broomfield
                    Senior United States District Judge
```

11 Copies to counsel and plaintiff *pro se*